# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JONATHAN SMITH, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>vs.<br><br>BUSINESS SOLUTIONS, LLC d/b/a AD.IQ, a Delaware Limited Liability Company,<br><br>    *Defendant*.<br>_____/ | **CLASS ACTION**<br><br>**Case No. 1:21-cv-00015**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

Plaintiff, Jonathan Smith, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within twenty-one (21) days.

Date: February 8, 2021

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

  I hereby certify that on February 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

           **SHAMIS & GENTILE, P.A.**
           14 NE 1st Ave., Suite 705
           Miami, FL 33132
           Telephone (305) 479-2299
           Facsimile (786) 623-0915
           Email: efilings@shamisgentile.com

  By: */s/ Andrew J. Shamis*
      Andrew J. Shamis, Esq.
      Florida Bar # 101754

     *Counsel for Plaintiff and the Class*