UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN SMITH, *individually and on behalf of all others similarly situated*,

    Plaintiff,

Case No. 1:21-cv-15

Hon. Hala Y. Jarbou

v.

BUSINESS SOLUTIONS, LLC,

    Defendant.

_____/

## ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS

The Court having been advised of a settlement to this matter by a Notice of Settlement (ECF No. 6) filed by the parties on February 8, 2021,

**IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **March 1, 2021**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed without prejudice and without costs.

Date: February 9, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE